STATE v. MONROE

No. 183P88.

Case below: 83 N.C. App. 143.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 2 June 1988.

STATE v. NORMAN

No. 161PA88.

Case below: 89 N.C. App. 384.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 2 June 1988.

STATE v. PUGH

No. 104P88.

Case below: 88 N.C. App. 765.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 2 June 1988.

STATE v. ROBERSON

No. 253P88.

Case below: 90 N.C. App. 219.

Petitions by defendant for discretionary review pursuant to G.S. 7A-31 and for supersedeas and temporary stay denied 6 June 1988.

STATE v. ROWLAND

No. 162PA88.

Case below: 89 N.C. App. 372.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 2 June 1988.